IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK G. FOELL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LINCOLN, a Nebraska Political Subdivision, et. al; <br><br> Defendants. | **4:17CV3044** <br><br> **ORDER** |

Plaintiff's complaint did not request a trial location. The clerk assigned the case to a Lincoln trial location. Defendants' answer requests trial in North Platte.

Accordingly,

1) If Plaintiff objects to a North Platte trial location, Plaintiff shall file an objection along with a supporting brief and evidence on or before June 8, 2017, in the absence of which this case will be re-assigned to North Platte.

2) If Plaintiff files an objection to Defendant's requested place of trial, Defendants' response, including the supporting brief and evidence, shall be filed on or before June 19, 2017.

3) No reply shall be filed absent leave of the court for good cause shown.

May 30, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge