IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK G. FOELL, | |
| Plaintiff, | **4:17CV3044** |
| vs. | |
| COUNTY OF LINCOLN, a Nebraska Political Subdivision; PAMELA HICKS, in her individual and official capacities; JEROME KRAMER, in his individual and official capacities; and JOHN DOES 1-10, | **ORDER** |
| Defendants. | |

Defendants have requested a North Platte trial location. Plaintiff has not timely objected to that request. (See Filing No. 16). The request is therefore deemed unopposed.

Accordingly,

IT IS ORDERED that the trial of this case will be held in North Platte, Nebraska.

June 9, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge