IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK G. FOELL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LINCOLN, a Nebraska Political Subdivision; PAMELA HICKS, in her individual and official capacities; JEROME KRAMER, in his individual and official capacities; and JOHN DOES 1-10, <br><br> Defendants. | **4:17CV3044** <br><br> **ORDER** |

A preliminary pretrial conference is set for August 15, 2019, at 1:00 p.m. before the undersigned magistrate judge. The conference will be held at the office of Defendants' Counsel, Waite, McWha & Heng Law Firm, 116 North Dewey St., North Platte, Nebraska, 69101.

Dated this 2nd day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge