IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FRANK G. FOELL, | |
|---|---|
| Plaintiff, | **4:17CV3044** |
| vs. | |
| COUNTY OF LINCOLN, a Nebraska Political Subdivision; PAMELA HICKS, in her individual and official capacities; JEROME KRAMER, in his individual and official capacities; and JOHN DOES 1-10, | **JUDGMENT** |
| Defendants. | |

Pursuant to the parties' joint stipulation for dismissal of this case, (Filing No. 106)

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendants are dismissed with prejudice, the parties to pay their own costs.

Dated this 4th day of October, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge